**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ADRIANNE RODRIGUEZ-
SANTIAGO,

        Plaintiff,

v.                                        Case No:   6:22-cv-82-PGB-LHP

A TO Z NOVELTY LLC and
YOUSSEF JOUDAANE

        Defendants.

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO DISMISS (Doc. 10)**
>
> **FILED:**       February 16, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

On January 13, 2022, Plaintiff Adrianne Rodriguez-Santiago ("Plaintiff") filed a collective action complaint against Defendants A to Z Novelty LLC, a/k/a Crown Smoke Shop ("A to Z Novelty") and Youssef Joudaane ("collectively, "Defendants"), alleging that Defendants violated the Fair Labor Standards Act, 29

U.S.C. § 201 *et. seq* ("FLSA"), by failing to pay Plaintiff overtime wages and by retaliatorily discharging Plaintiff from her employment with Defendants. (Doc. 1). On February 16, 2022, Defendant Youssef Joudaane, proceeding *pro se*, filed a one-page handwritten document asking the Court to dismiss the present action against himself and A to Z Novelty, which the Court has interpreted as a *pro se* motion to dismiss. (Doc. 10).

On review, the motion is deficient in several respects. First, it does not include a memorandum of law in support of the relief sought, in violation of Local Rule 3.01(a). Second, Joudaane does not certify that he conferred in good faith with Plaintiff before filing the document. *See* Local Rule 3.01(g)(1). Third, the filing states that, "I, Youssef, Joudaane, hereby respon[d] to the lawsuit against my company and I would like to serve a motion to dismiss the case…" (Doc. 10). From this statement it appears that Joudaane, whom the complaint alleges is the owner, partner, and manager of A to Z Novelty, (*see* Doc. 1), intends to file this motion on behalf of both himself and A to Z Novelty. However, while Joudaane is free to represent himself *pro se*, he may not represent A to Z Novelty. *See Class v. U.S. Bank Nat'l Ass'n*, 734 F. App'x 634, 636 (11th Cir. 2018) ("The right to appear *pro se*…is limited to parties conducting 'their own cases,' and does not extend to non-attorney parties representing the interests of others.") (quoting

*FuQua v. Massey*, 615 F. App'x 611, 612 (11th Cir. 2015)).[1]   Further, A to Z Novelty is a corporate entity, and therefore it may not appear in this matter without counsel. Local Rule 2.02(b)(2) ("A party, other than a natural person, can appear through the lawyer only.").   Thus, to the extent that Joudaane intends to file this motion on behalf of A to Z Novelty, this is improper.

Based on the foregoing, the motion (Doc. 10) is **DENIED without prejudice**. Defendant Joudaane may file a renewed motion to dismiss, within the time limits and procedural requirements set forth in the applicable rules, however Defendant A to Z Novelty may only appear and/or file documents with the court through an attorney.

Defendant Joudaane is cautioned that although he is proceeding *pro se* in this matter, *pro se* litigants are subject to the same law and rules of court as litigants who are represented by counsel, including the Federal Rules of Civil Procedure, and the Local Rules of this Court.   *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Joudaane is directed to the Court's website at http://www.flmd.uscourts.gov, which provides helpful information in a section titled "Proceeding Without a Lawyer." The Local Rules are available at www.flmd.uscourts.gov/local-rules.

---

[1] It does not appear from the record that Joudaane is an attorney.

- 3 -

**DONE** and **ORDERED** in Orlando, Florida on February 16, 2022.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties