UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00082-PGB-LRH

Adrianne Rodriguez-Santiago,

    Plaintiff,

v.

A To Z Novelty LLC,
a/k/a Crown Smoke Shop,
and Youssef Joudaane, individually,

    Defendants,
_____/

## NOTICE OF FILING SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby files the attached fully executed settlement agreement (Exhibit A).

Dated: August 31, 2022

                      Respectfully submitted,

                      **ZANDRO E. PALMA, P.A.**
                      9100 S. Dadeland Blvd, Suite 1500,
                      Miami, Florida, 33156
                      Telephone: (305) 446-1500
                      Facsimile:  (305) 446-1502
                      zep@thepalmalawgroup.com

                      By: **/s/ Zandro E. Palma**

              Zandro E. Palma, Esq.
              Florida Bar No.: 0024031