UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00082-PGB-LRH

Adrianne Rodriguez-Santiago,

    Plaintiff,

v.

A To Z Novelty LLC,
a/k/a Crown Smoke Shop,
and Youssef Joudaane, individually,

    Defendants,
_____/

## NOTICE OF FILING SETTLEMENT AGREEMENT

Plaintiff, by and through undersigned counsel, hereby files the attached fully executed settlement agreement (Exhibit A).

Dated: September 2, 2022

                                          Respectfully submitted,

                                          **ZANDRO E. PALMA, P.A.**
                                          9100 S. Dadeland Blvd, Suite 1500,
                                          Miami, Florida, 33156
                                          Telephone: (305) 446-1500
                                          Facsimile:  (305) 446-1502
                                          [zep@thepalmalawgroup.com](mailto:zep@thepalmalawgroup.com)

                                          By: **/s/ Zandro E. Palma**

Zandro E. Palma, Esq.
Florida Bar No.: 0024031