# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ADRIANNE RODRIGUEZ-SANTIAGO,

        Plaintiff,

v.                                             Case No: 6:22-cv-82-PGB-LHP

A TO Z NOVELTY LLC and
YOUSSEF JOUDAANE,

        Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Fair Labor Standards Act ("**FLSA**") Settlement Approval filed July 22, 2022. (Doc. 30 (the "**MOTION**")). Magistrate Judge Leslie Hoffman Price submitted a Report recommending that the Motion be granted. (Doc. 37). No parties have filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 9, 2022 (Doc. 37), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Joint Motion for Settlement Approval is **GRANTED**;

3. The Court **FINDS** that parties' Agreement (Doc. 36-1) is a fair and reasonable resolution of a *bona fide* dispute under the FLSA;

4. The case is **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 26, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties